# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>CHARBEL T. ZGHEIB,<br><br>     Defendant. | Case No. 5:21-po-00616-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

  PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

  **Convicted of:**  36 C.F.R. § 4.10(a), operating a motor vehicle off road

  **Sentence Date:**  September 6, 2022

  **Review Hearing Date:** September 5, 2023

  **Probation Expires On:** September 6, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $540.00, which Total Amount is made up of a Fine: $500.00; Special Assessment: $30; Processing Fee: $10; Restitution: $0.

☒  Payment schedule of $54.00 per month by the 15th of each month.

☐  **Community Service hours Imposed of:**

☐  **Other Conditions:**

### *COMPLIANCE:*

☒  Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **Otherwise:**

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
                    Amount:

☐  To date, Defendant has performed Click here to enter text. hours of community service.

☐  Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/5/2023 at 10:00 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 8/16/2023            /s/ Erin M. Snider
                            DEFENDANT'S COUNSEL

DATED: 8/22/2023            /s/ Chan Hee Chu
                            GOVERNMENT COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **August 22, 2023**

UNITED STATES MAGISTRATE JUDGE